Chief Justice CASTILLE joins this dissenting opinion.

COMMONWEALTH of Pennsylvania, Petitioner

v.

Leeshay BENNAIM, Respondent.

Supreme Court of Pennsylvania.

May 28, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of May, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

> jury[,]" *id.,* at 787 n. 10 (citation omitted), ignores the obvious difference between the

Did the Superior Court err in determining that the trial court could unilaterally shorten the terms of a 3 year old bargained for plea agreement in order for [Respondent] to avoid the collateral consequences of SORNA, ignoring established precedent and denying the Commonwealth the benefit of its plea agreement?